IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41330
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CARLOS GONZALEZ-CALDERON, also known as
Adrian Aguilar-Sanchez,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-109-1
--------------------
July 12, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Carlos Gonzalez-Calderon
("Gonzalez") has filed a brief and motion to withdraw pursuant to
Anders v. California, 386 U.S. 738 (1967).  Gonzalez received a
copy of counsel's motion and brief, but he has not filed a
response.  Our independent review of counsel's brief and the
record discloses no nonfrivolous issue.  Accordingly, counsel is
excused from further responsibilities herein, and the appeal is
dismissed.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.